USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
APARNA KUMAR,                                                    :
                                                                 :
                                Plaintiff,           :
               -against-                                       :      1:20-cv-6824-GHW
                                                                 :
OPERA SOLUTIONS OPCO, LLC, D/B/A                                 :      ORDER
ELECTRIFAI; OPERA SOLUTIONS                                      :
INTERMEDIATE, LLC; OPERA SOLUTIONS                               :
HOLDING, LLC; OPERA SOLUTIONS USA,                               :
LLC; ELECTRIFAI, LLC; WHITE OAK                                  :
FINANCIAL, LLC; WHITE OAK GLOBAL                                 :
ADVISORS LLC; EDWARD SCOTT; AND                                  :
NANCY HORNBERGER,                                                :
                                                                 :
                              Defendants.         :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Defendants Opera Solutions OPCO, LLC d/b/a ElectrifAi, Opera Solutions Intermediate, LLC, Opera Solutions Holding, LLC, Opera Solutions USA, LLC, ElectrifAi, LLC, White Oak Financial, LLC, White Oak Global Advisors LLC, Edward Scott, and Nancy Hornberger's request for a pre-motion conference is granted.  The Court will hold a teleconference regarding Defendants' proposed motion to dismiss on November 5, 2020 at 10:00 a.m.  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information.  The parties are specifically directed to comply with Rule 2(C) of those rules.

      The Court notes that counsel for Ms. Hornberger has not filed a notice of appearance on her behalf.  Counsel for the remaining defendants are directed to serve a copy of this order on Ms. Hornberger and to retain proof of service.

      SO ORDERED.

Dated:  October 24, 2020
                                                                     _____
                                                                     GREGORY H. WOODS
                                                            United States District Judge