```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  APARNA KUMAR,                                 :

                              Plaintiff,    :
                -against-                   :          1:20-cv-6824-GHW

  OPERA SOLUTIONS OPCO, LLC, D/B/A    :          ORDER
  ELECTRIFAI; OPERA SOLUTIONS
  INTERMEDIATE, LLC; OPERA SOLUTIONS
  HOLDING, LLC; OPERA SOLUTIONS USA,
  LLC; ELECTRIFAI, LLC; WHITE OAK
  FINANCIAL, LLC; WHITE OAK GLOBAL
  ADVISORS LLC; EDWARD SCOTT; AND
  NANCY HORNBERGER,

                              Defendants.
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On March 30, 2022, the Court issued an order conditionally discontinuing this action. Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 30 days following the issuance of the order. In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice. The parties previously requested three extensions of that order. Dkt. Nos. 117, 119, 121. The current deadline to apply for restoration of the action to the active calendar of the Court is August 15, 2022.

       By letter dated August 4, 2022, the parties have requested that the Court extend the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1] That application is GRANTED.

---

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

2

Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, is extended to October 14, 2022.

SO ORDERED.

Dated: August 5, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge